# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WHEELER, ANNA AND "ALL SIMILAR SITUATE FOR JURY DEMAND" REMAND FOR STATE GUARANTEED JURY TRIAL(S) BY AND FOR "WE THE PEOPLE FOR AND BY THE PEOPLE "AGGRIEVED PARTIES" | : | No. 189 EM 2016 |
| | : | |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE SUPERVISORY OFFICERS, AGENTS AND ATTORNEYS OF THE ZONING BOARD OF PHILADELPHIA, OF THE CITY AND COUNTY OF PHILADELPHIA, OF THE COMMONWEALTH OF PENNSYLVANIA AND THE OWNERS, OFFICERS, AGENTS, AND ATTORNEYS OF NORTHEAST RENOVATIONS, LLC AND ANYONE IN OPPOSITION TO STATE GUARANTEED JURY TRIALS RIGHTS IN LOWER COURT IN THEIR OFFICIAL CAPACITY (ONLY), | : | |
| | : | |
| Respondents | | |

## ORDER

**PER CURIAM**

   **AND NOW**, this 2nd day of February, 2017, the Petition for King's Bench Power or Extraordinary Relief is **DENIED**.